No. 03–7581. WILLARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7585. HOFFMAN-PORTILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7587. CHIGOZIE IWOUHA v. UNITED STATES (Reported below: 71 Fed. Appx. 384); DE LA CERDA-GUERRERO v. UNITED STATES (72 Fed. Appx. 957); SANDOVAL-LANDEROS v. UNITED STATES (71 Fed. Appx. 437); CASTRO-RIVERA, AKA RIVERA-CASTRO v. UNITED STATES (72 Fed. Appx. 971); DE LA CRUZ-CAMACHO v. UNITED STATES (72 Fed. Appx. 962); MARTINEZ-GRACIAS, AKA MARTINEZ v. UNITED STATES (74 Fed. Appx. 357); HERNANDEZ-CORTEZ v. UNITED STATES (73 Fed. Appx. 75); RUIZ v. UNITED STATES (71 Fed. Appx. 397); CERVANTES-SARMIENTO v. UNITED STATES (72 Fed. Appx. 955); RIVAS-MENDOZA v. UNITED STATES (72 Fed. Appx. 961); SANCHEZ-GALLARZO v. UNITED STATES (72 Fed. Appx. 960); VILLALOBOS-REYES v. UNITED STATES (72 Fed. Appx. 954); GUERRERO-ALMANZA v. UNITED STATES (73 Fed. Appx. 686); SAUCEDO-PEREZ v. UNITED STATES (71 Fed. Appx. 412); ALEJANDRO-GONZALEZ v. UNITED STATES (72 Fed. Appx. 199); RAMOS-RUBIO v. UNITED STATES (71 Fed. Appx. 411); GUZMAN-MENDEZ, AKA MANSERO GUZMAN v. UNITED STATES (72 Fed. Appx. 231); SOLORENZO-TORRES v. UNITED STATES (71 Fed. Appx. 410); MEJIA-FERNANDEZ, AKA FERNAN-DEZ v. UNITED STATES (73 Fed. Appx. 688); AGUILAR-SOLIS v. UNITED STATES (73 Fed. Appx. 697); MALDONADO MARTINEZ v. UNITED STATES (73 Fed. Appx. 693); RODRIGUEZ RODRIGUEZ v. UNITED STATES (71 Fed. Appx. 403); JAIMES-ARANDA, AKA SANCHEZ-ARANDA v. UNITED STATES (72 Fed. Appx. 989); MIRANDA-LOPEZ v. UNITED STATES (72 Fed. Appx. 210); DELEON-FUENTES, AKA HUMBERTO DELEON v. UNITED STATES (73 Fed. Appx. 687); PADRON-RIVERA, AKA MARTINEZ v. UNITED STATES (72 Fed. Appx. 218); ENRIQUEZ-LINO, AKA VILLARREAL-SAENZ v. UNITED STATES (72 Fed. Appx. 217); and MEJIA-MEJIA v. UNITED STATES (72 Fed. Appx. 216). C. A. 5th Cir. Certiorari denied.

No. 03–7588. PEREZ-ACOSTA v. UNITED STATES; PASCASIO-MANUEL v. UNITED STATES; GARCIA-PENA v. UNITED STATES; MARTINEZ-LUEVANO v. UNITED STATES; ATAYDE-PALOMINO v. UNITED STATES; ESCOBEDO-GUERRERO v. UNITED STATES; PEDRAZA-ESTRADA v. UNITED STATES; and ALVA-CARVAJAL v.